IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Walton, Fay L | Case Number: 08 B 05027 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 3/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 21, 2008
Confirmed: July 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 680.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 635.80 |
| Trustee Fee: |  | 44.20 |
| Other Funds: |  | 0.00 |
| Totals: | 680.00 | 680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 635.80 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 4. | Bank Of America | Secured | 0.00 | 0.00 |
| 5. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 78.30 | 0.00 |
| 7. | Nordstrom | Unsecured | 129.48 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 490.49 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 242.94 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 711.83 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 53.18 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 904.55 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 28.76 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 665.94 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 441.47 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 150.18 | 0.00 |
| 17. | Marriott Ownership | Secured |  | No Claim Filed |
| 18. | Fifth Third Bank | Secured |  | No Claim Filed |
| 19. | Marriott Ownership | Secured |  | No Claim Filed |
| 20. | Aurora Loan Service | Unsecured |  | No Claim Filed |
| 21. | Fifth Third Bank | Unsecured |  | No Claim Filed |
| 22. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 23. | GEMB | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 7,378.62 | $ 635.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Walton, Fay L | Case Number:  08 B 05027 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  3/4/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|:---:|:---:|
| 6.5% | 44.20 |
| | _____ |
| | $ 44.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

